AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
United States District Court, Southern District of Florida

| | |
|---|---|
| Alice Rosenblum ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:25-cv-20899-JEM |
| ) | |
| Passes, Inc.; Nofotos Group LLC; WLM Management; Lucy Guo; Alec Celestin; and Lani Ginoza ) | |
| *Defendant* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   WLM Management LLC, c/o 1505 Corporation, United States Corporate Agents Inc. 500 N. Brand Blvd. Suite 890 Glendale, CA 91203 (Registered Agent)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCHWARTZ BRESLIN PLLC
Jonathan Noah Schwartz, Esq. Florida Bar No. 1014596
Jerry Breslin, Esq. Florida Bar No. 269573
The Alfred I. DuPont Building
169 E. Flagler Street, Suite 700
Miami, Florida 33131

CLARK SMITH VILLAZOR LLP
Christopher J. Clark, Esq.
Rodney Villlazor, Esq.
Natalia Lima, Esq.
666 Third Ave. 21st Floor
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-20899-JEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>WLM Management LLC, c/o 1505 Corporation, United States Corporate Agents Inc.</u> was received by me on *(date)* <u>Tuesday, May 13, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Angie R.</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>1505 Corporation, United States Corporate Agents Inc.</u> on *(date)* <u>Tue, May 13 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ <u>125</u> for services, for a total of $ <u>125</u>.

I declare under penalty of perjury that this information is true.

Date: 05/13/2025

*Server's signature*

BRANDON BOYCE

*Printed name and title*

3300 Foothill Boulevard Ste. 8009, Glendale, CA 91214

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 13, 2025, 11:38 am PDT at 500 North Brand Boulevard #890, Glendale, CA 91203 received by Angie R.. Age: 35-45; Ethnicity: Latina; Gender: Female; Weight: 150; Height: 5'5"; Hair: Brown; Other: Recipient is Intake Specialist at registered agent, who is authorized to accept. ;
Documents left with intake specialist Angie R who confirmed that company was registered agent for WLM MANAGEMENT LLC. She accepted documents in hand.