## U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:25−cv−20899−JEM

Rosenblum v. Passes, Inc. et al  
Assigned to: Judge Jose E. Martinez  
Referred to: Magistrate Judge Eduardo I. Sanchez  
Cause: 28:1331 Federal Question  

Date Filed: 02/26/2025  
Date Terminated: 09/02/2025  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Alice Rosenblum**  
*on behalf of herself and all others similarly situated*

represented by **Brian Thomas Burns**  
Clark Smith Villazor LLP  
666 Third Avenue, 21st Floor  
New York, NY 10017  
(212) 377−0850  
Email: brian.burns@csvllp.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Christopher J. Clark**  
Clark Smith Villazor LLP  
666 Third Avenue, 21st Floor  
New York, NY 10017  
(212) 377−0850  
Email: clark@csvllp.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**James Adam George**  
Clark Smith Villazor LLP  
666 Third Avenue, 21st Floor  
New York, NY 10017  
(212) 377−0850  
Email: adam.george@csvllp.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Jerrell Andrew Breslin**  
Schwartz − Breslin, PLLC  
The Dupont Building  
169 East Flagler Street  
Ste 700  
Miami, FL 33131  
305−577−4626  
Fax: 305−577−4630  
Email: jb@jsjb.law  
*ATTORNEY TO BE NOTICED*

**Michelle Eugenia Lee**  
Clark Smith Villazor LLP  
666 Third Avenue, 21st Floor

New York, NY 10017
(212) 377–0850
Email: michelle.lee@csvllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalia De Barros Lima**
Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, NY 10017
(212) 377–0850
Email: natalia.lima@csvllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rodney Villazor**
Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, NY 10017
(212) 377–0850
Email: rodney.villazor@csvllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Noah Schwartz**
Schwartz Breslin PLLC
169 E. Flagler St.
Suite 700
Miami, FL 33131
973–936–2176
Email: js@jsjb.law
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Passes, Inc.**
*a Delaware corporation*

represented by **Alexander S. Davis**
Elsberg Baker & Maruri PLLC
1 Penn Plaza Suite 4015
New York, NY 10019
Email: adavis@elsberglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**
Toth Funes PA
25 Southeast Second Avenue
Suite 805
Miami, FL 33131
305–717–7852
Email: btoth@tothfunes.com
*ATTORNEY TO BE NOTICED*

**Chase J. Shelton**
Elsberg Baker & Maruri PLLC
1 Penn Plaza Suite 4015
New York, NY 10019
Email: cshelton@elsberglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Freddy Funes**
Toth Funes PA
25 Southeast Second Avenue
Suite 805
Miami, FL 33131
305−717−7851
Email: ffunes@tothfunes.com
*ATTORNEY TO BE NOTICED*

**Rollo Baker**
Elsberg Baker & Maruri PLLC
1 Penn Plaza Suite 4015
New York, NY 10019
Email: rbaker@elsberglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vivek Tata**
Elsberg Baker & Maruri PLLC
1 Penn Plaza Suite 4015
New York, NY 10019
Email: vtata@elsberglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nofhotos Group LLC**
*a California limited liability company*

**Defendant**

**WLM Management LLC**
*a California limited liability company*

**Defendant**

**Lucy Guo**
*an individual*

represented by **Alexander S. Davis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W. Toth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chase J. Shelton**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Freddy Funes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rollo Baker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vivek Tata**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alec Celestin**
*an individual*

**Defendant**

**Lani Ginoza**     represented by   **Jose Javier Teurbe−Tolon**
6677 Santa Monica Blvd.                Xander Law Group, P.A.
No. 3615                               One NE 2 Avenue
Los Angeles, CA 90038                  Suite 200
*an individual*                        Miami, FL 33132
                                       305−767−2001
                                       Email: jose@xanderlaw.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2025 | Ï 1 | COMPLAINT against All Defendants. Filing fees $ 405.00 receipt number AFLSDC−18236441, filed by Alice Rosenblum. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Schwartz, Jonathan) (Entered: 02/26/2025) |
| 02/26/2025 | Ï 2 | Clerks Notice of Judge Assignment to Judge Jose E. Martinez. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Eduardo I. Sanchez is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (ksr) (Entered: 02/26/2025) |
| 02/26/2025 | Ï 3 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Christopher John Clark. Filing Fee $ 250.00 Receipt # AFLSDC−18237195 by Alice Rosenblum. Responses due by 3/12/2025. (Attachments: # 1 Certification Certification of Christopher John Clark Esq., # 2 Text of Proposed Order Proposed Order Granting Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing)(Schwartz, Jonathan) (Entered: 02/26/2025) |
| 02/26/2025 | Ï 4 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Rodney Villazor. Filing Fee $ 250.00 Receipt # AFLSDC–18237226 by Alice Rosenblum. Responses due by 3/12/2025. (Attachments: # 1 Certification Certification of Rodney Villager Esq., # 2 Text of Proposed Order Proposed Order Granting Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Filing)(Schwartz, Jonathan) (Entered: 02/26/2025) |
| 02/26/2025 | 5 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Filing for Natalia De Barros Lima by Alice Rosenblum. Filing Fee $250.00 Receipt # AFLSDC–18237330 Responses due by 3/12/2025. (Attachments: # 1 Certification Certification of Natalia De Barros Lima Esq., # 2 Text of Proposed Order Proposed Order Granting Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing, # 3 Receipt of Payment of Fee)(Schwartz, Jonathan) Modified text on 2/26/2025 (jc). (Entered: 02/26/2025) |
| 02/26/2025 | 6 | NOTICE of Filing Proposed Summons(es) by Alice Rosenblum re 1 Complaint filed by Alice Rosenblum (Attachments: # 1 Summon(s), # 2 Summon(s), # 3 Summon(s), # 4 Summon(s), # 5 Summon(s), # 6 Summon(s)) (Schwartz, Jonathan) (Entered: 02/26/2025) |
| 02/27/2025 | 7 | Summons Issued as to Alec Celestin, Lani Ginoza, Lucy Guo, Nofhotos Group LLC, Passes, Inc., WLM Management LLC. (cqs) (Entered: 02/27/2025) |
| 02/28/2025 | 8 | PAPERLESS ORDER granting 3 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Christopher John Clark. Signed by Judge Jose E. Martinez on 2/28/2025. (bbp) (Entered: 02/28/2025) |
| 02/28/2025 | 9 | PAPERLESS ORDER granting 4 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Rodney Villazor. Signed by Judge Jose E. Martinez on 2/28/2025. (bbp) (Entered: 02/28/2025) |
| 02/28/2025 | 10 | PAPERLESS ORDER granting 5 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Natalia De Barros Lima. Signed by Judge Jose E. Martinez on 2/28/2025. (bbp) (Entered: 02/28/2025) |
| 03/12/2025 | 11 | WAIVER OF SERVICE Returned Executed by Alice Rosenblum. Lucy Guo waiver sent on 2/26/2025, response/answer due 4/28/2025; Passes, Inc. waiver sent on 2/26/2025, response/answer due 4/28/2025. (Schwartz, Jonathan) (Entered: 03/12/2025) |
| 04/28/2025 | 12 | MOTION to Dismiss 1 Complaint *for Improper Venue*, MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM by Passes, Inc., Lucy Guo. Attorney Freddy Funes added to party Passes, Inc.(pty:dft), Attorney Freddy Funes added to party Lucy Guo(pty:dft). Responses due by 5/12/2025. (Attachments: # 1 Affidavit Guo Declaration)(Funes, Freddy) (Entered: 04/28/2025) |
| 04/28/2025 | 13 | (WITHDRAWN Per DE 20 ) MOTION to Compel *Federal Rule of Civil Procedure 26(f) Conference Requested Four Times Since March 12, 2025 and for Reasonable Expenses Under Federal Rule of Civil Procedure 37(f)* by Alice Rosenblum. Responses due by 5/12/2025. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Text of Proposed Order Proposed Order)(Schwartz, Jonathan) Text Modified on 5/5/2025 (cqs). (Entered: 04/28/2025) |
| 04/28/2025 | 14 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Rollo Baker. Filing Fee $ 250.00 Receipt # AFLSDC–18404111 by Passes, Inc., Lucy Guo. Responses due by 5/12/2025. (Attachments: # 1 Text of Proposed Order)(Funes, Freddy) (Entered: 04/28/2025) |
| 04/28/2025 | 15 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Vivek Tata. Filing Fee $ 250.00 Receipt # AFLSDC–18404151 by |

| | | |
|---|---|---|
| | | Passes, Inc., Lucy Guo. Responses due by 5/12/2025. (Attachments: # 1 Text of Proposed Order)(Funes, Freddy) (Entered: 04/28/2025) |
| 04/28/2025 | 16 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Alexander S. Davis. Filing Fee $ 250.00 Receipt # AFLSDC–18404166 by Passes, Inc., Lucy Guo. Responses due by 5/12/2025. (Attachments: # 1 Text of Proposed Order)(Funes, Freddy) (Entered: 04/28/2025) |
| 04/28/2025 | 17 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Chase J. Shelton. Filing Fee $ 250.00 Receipt # AFLSDC–18404183 by Passes, Inc., Lucy Guo. Responses due by 5/12/2025. (Attachments: # 1 Text of Proposed Order)(Funes, Freddy) (Entered: 04/28/2025) |
| 04/28/2025 | 18 | RESPONSE in Opposition re 13 MOTION to Compel *Federal Rule of Civil Procedure 26(f) Conference Requested Four Times Since March 12, 2025 and for Reasonable Expenses Under Federal Rule of Civil Procedure 37(f)* filed by Passes, Inc., Lucy Guo. Replies due by 5/5/2025. (Funes, Freddy) (Entered: 04/28/2025) |
| 04/30/2025 | 19 | Corporate Disclosure Statement by Passes, Inc. (Funes, Freddy) (Entered: 04/30/2025) |
| 05/05/2025 | 20 | NOTICE OF WITHDRAWAL OF MOTION by Alice Rosenblum re 13 MOTION to Compel *Federal Rule of Civil Procedure 26(f) Conference Requested Four Times Since March 12, 2025 and for Reasonable Expenses Under Federal Rule of Civil Procedure 37(f)* filed by Alice Rosenblum (Schwartz, Jonathan) (Entered: 05/05/2025) |
| 05/05/2025 | 21 | NOTICE of Attorney Appearance by Jerrell Andrew Breslin on behalf of Alice Rosenblum. Attorney Jerrell Andrew Breslin added to party Alice Rosenblum(pty:pla). (Breslin, Jerrell) (Entered: 05/05/2025) |
| 05/05/2025 | 22 | PAPERLESS ORDER granting 14 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Rollo Baker. Signed by Judge Jose E. Martinez on 5/5/2025. (bbp) (Entered: 05/05/2025) |
| 05/05/2025 | 23 | PAPERLESS ORDER granting 15 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Vivek Tata. Signed by Judge Jose E. Martinez on 5/5/2025. (bbp) (Entered: 05/05/2025) |
| 05/05/2025 | 24 | PAPERLESS ORDER granting 16 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Alexander S. Davis. Signed by Judge Jose E. Martinez on 5/5/2025. (bbp) (Entered: 05/05/2025) |
| 05/05/2025 | 25 | PAPERLESS ORDER granting 17 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Chase J. Shelton. Signed by Judge Jose E. Martinez on 5/5/2025. (bbp) (Entered: 05/05/2025) |
| 05/06/2025 | 26 | NOTICE of Attorney Appearance by Brian W. Toth on behalf of Passes, Inc., Lucy Guo. Attorney Brian W. Toth added to party Passes, Inc.(pty:dft), Attorney Brian W. Toth added to party Lucy Guo(pty:dft). (Toth, Brian) (Entered: 05/06/2025) |
| 05/12/2025 | 27 | RESPONSE in Opposition re 12 MOTION to Dismiss 1 Complaint *for Improper Venue* MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM filed by Alice Rosenblum. Replies due by 5/19/2025. (Schwartz, Jonathan) (Entered: 05/12/2025) |
| 05/16/2025 | 28 | Joint SCHEDULING REPORT – **Rule 16.1** by Alice Rosenblum (Breslin, Jerrell) (Entered: 05/16/2025) |
| 05/16/2025 | 29 | Joint Election to Jurisdiction for Final Disposition of Motions . Filed by Alice Rosenblum (Breslin, Jerrell) (Entered: 05/16/2025) |

| | | |
|---|---|---|
| 05/19/2025 | 30 | REPLY in Support of Motion re 12 MOTION to Dismiss 1 Complaint *for Improper Venue* MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM . filed by Passes, Inc., Lucy Guo. (Toth, Brian) (Entered: 05/19/2025) |
| 05/22/2025 | 31 | QUASHED per DE 45 SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Alice Rosenblum. Lani Ginoza served on 3/21/2025, response/answer due 4/11/2025. (Breslin, Jerrell) Modified on 6/25/2025 (ksr). (Entered: 05/22/2025) |
| 05/22/2025 | 32 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Alice Rosenblum. WLM Management LLC served on 5/13/2025, response/answer due 6/3/2025. (Breslin, Jerrell) (Entered: 05/22/2025) |
| 05/23/2025 | 33 | Plaintiff's MOTION for Service by Other Means on Nofhotos Group LLC , Plaintiff's MOTION for Extension of Time to Effectuate Service of Process ( Responses due by 6/6/2025.) by Alice Rosenblum. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Text of Proposed Order Proposed Order)(Schwartz, Jonathan) (Entered: 05/23/2025) |
| 05/28/2025 | 34 | ORDER granting 33 Motion Service By Other Means on Nofhotos Group LLC and Extension of Time to Effectuate Service of Process. Signed by Judge Jose E. Martinez on 5/28/2025. *See attached document for full details.* (ksr) (Entered: 05/29/2025) |
| 06/02/2025 | 35 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michelle Eugenia Lee. Filing Fee $ 250.00 Receipt # AFLSDC−18496282 by Alice Rosenblum. Responses due by 6/16/2025. (Attachments: # 1 Certification Certification of Michelle Eugenia Lee, Esq., # 2 Text of Proposed Order Proposed Order)(Schwartz, Jonathan) (Entered: 06/02/2025) |
| 06/02/2025 | 36 | CERTIFICATE OF SERVICE by Alice Rosenblum re 34 Order on Motion for Miscellaneous Relief, Order on Motion for Extension of Time (Attachments: # 1 Exhibit Exhibit 1 – Service by Other Means, # 2 Exhibit Exhibit 2 – Certified Mail Receipt (Service), # 3 Exhibit Exhibit 3 – Certified Mail Documents (Notice))(Schwartz, Jonathan) (Entered: 06/02/2025) |
| 06/03/2025 | 37 | PAPERLESS ORDER granting 35 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Michelle Eugenia Lee. Signed by Judge Jose E. Martinez on 6/3/2025. (bbp) (Entered: 06/03/2025) |
| 06/04/2025 | 38 | MOTION for Clerk's Entry of Default as to Lani Ginoza by Alice Rosenblum. (Schwartz, Jonathan) (Entered: 06/04/2025) |
| 06/04/2025 | 39 | VACATED per DE 45 Clerk's Entry of Default as to Lani Ginoza – Motions Terminated: 38 Motion for Clerks Entry of Default Signed by DEPUTY CLERK on 6/4/2025. (cqs) Modified on 6/25/2025 (ksr). (Entered: 06/04/2025) |
| 06/04/2025 | 40 | ORDER ON FINAL DEFAULT JUDGMENT PROCEDURE re 39 Clerk's Entry/Non−Entry of Default, Lani Ginoza response/answer due 6/18/2025. Signed by Judge Jose E. Martinez on 6/4/2025. *See attached document for full details.* (ksr) (Entered: 06/05/2025) |
| 06/09/2025 | 41 | CERTIFICATE OF SERVICE by Alice Rosenblum re 40 Order, Set Response/Answer Due Deadline *June 18, 2025* (Attachments: # 1 Affidavit Affidavit of Service, # 2 Exhibit USPS Receipt for Mailing, # 3 Exhibit Order on Final Judgment Procedure, # 4 Exhibit USPS Receipt for Mailing)(Breslin, Jerrell) (Entered: 06/09/2025) |
| 06/18/2025 | 42 | NOTICE of Attorney Appearance by Jose Javier Teurbe−Tolon on behalf of Lani Ginoza. Attorney Jose Javier Teurbe−Tolon added to party Lani Ginoza(pty:dft). (Teurbe−Tolon, Jose) (Entered: 06/18/2025) |
| 06/18/2025 | 43 | |

| | | |
|---|---|---|
| | | Defendant's MOTION to Quash *Service*, Defendant's MOTION to Vacate *Clerk's Default* ( Responses due by 7/2/2025.) by Lani Ginoza. (Attachments: # 1 Text of Proposed Order Proposed Order on Motion to Quash and Vacate)(Teurbe–Tolon, Jose) (Entered: 06/18/2025) |
| 06/18/2025 | 44 | WAIVER OF SERVICE Returned Executed by Lani Ginoza. Lani Ginoza waiver sent on 6/18/2025, response/answer due 8/18/2025. (Teurbe–Tolon, Jose) (Entered: 06/18/2025) |
| 06/24/2025 | 45 | ORDER SETTING ASIDE CLERK'S DEFAULT AND QUASHING SERVICE granting 43 Motion to Quash; granting 43 Motion to Vacate. Signed by Judge Jose E. Martinez on 6/24/2025. *See attached document for full details.* (ksr) (Entered: 06/25/2025) |
| 07/14/2025 | 46 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Brian Thomas Burns, Esq.. Filing Fee $ 250.00 Receipt # AFLSDC–18614650 by Alice Rosenblum. Responses due by 7/28/2025. (Attachments: # 1 Certification Certification of Brian Thomas Burns, Esq., # 2 Text of Proposed Order [Proposed] Order Granting Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing)(Schwartz, Jonathan) (Entered: 07/14/2025) |
| 07/15/2025 | 47 | PAPERLESS ORDER granting 46 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Brian Thomas Burns, Esq. Signed by Judge Jose E. Martinez on 7/15/2025. (bbp) (Entered: 07/15/2025) |
| 07/16/2025 | 48 | MOTION to Stay *Discovery* by Lucy Guo, Passes, Inc.. Responses due by 7/30/2025. (Attachments: # 1 Declaration of Rollo C. Baker IV, # 2 Exhibit A to Baker Decl. –– Pl.'s First. RFPs, # 3 Exhibit B to Baker Decl. –– Pl.'s First Set of Interrog. to Passes, # 4 Exhibit C to Baker Decl. –– Pl.'s First Set of Interrog. to Guo, # 5 Exhibit D to Baker Decl. –– Order Granting Defs.' Mot. to Stay Disc. in Doe v. Kik Interactive, Inc.)(Toth, Brian) (Entered: 07/16/2025) |
| 07/25/2025 | 49 | RESPONSE in Opposition re 48 MOTION to Stay *Discovery* filed by Alice Rosenblum. Replies due by 8/1/2025. (Attachments: # 1 Affidavit Declaration of Brian T. Burns in Support of Plaintiff's Opposition to Defendants Passes, Inc. and Lucy Guo's Motion to Stay Discovery, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B)(Schwartz, Jonathan) (Entered: 07/25/2025) |
| 07/31/2025 | 50 | Plaintiff's MOTION to Compel *Defendants Passes, Inc. and Lucy Guo to Produce Documents* by Alice Rosenblum. Responses due by 8/14/2025. (Attachments: # 1 Affidavit Declaration of Brian T. Burns in Support of Plaintiff's Motion to Compel Defendants Passes, Inc. and Lucy Guo to Produce Documents, # 2 Exhibit Exhibit 1 – Plaintiff's First Request to Produce Directed to Defendants Passes, Inc. and Lucy Guo, # 3 Exhibit Exhibit 2 – Defendants Passes Inc. and Lucy Guo's Responses and Objections to Plaintiff Alice Rosenblum's First Set of Requests for Production of Documents, # 4 Exhibit Exhibit 3 – Stipulation Pursuant to Southern District of Florida Local Rule 26.1(g)(2)(C))(Schwartz, Jonathan) (Entered: 07/31/2025) |
| 08/01/2025 | 51 | REPLY in Support of Motion re 48 MOTION to Stay *Discovery*. filed by Lucy Guo, Passes, Inc.. (Toth, Brian) (Entered: 08/01/2025) |
| 08/04/2025 | 52 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 50 Plaintiff's MOTION to Compel *Defendants Passes, Inc. and Lucy Guo to Produce Documents* by Lucy Guo, Passes, Inc.. (Attachments: # 1 Text of Proposed Order)(Toth, Brian) (Entered: 08/04/2025) |
| 08/05/2025 | 53 | PAPERLESS ORDER REFERRING 50 Plaintiff's MOTION to Compel Defendants Passes, Inc. and Lucy Guo to Produce Documents and 52 Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 50 Plaintiff's MOTION to Compel Defendants Passes, Inc. and Lucy Guo to Produce Documents. Motions referred to Judge Eduardo I. Sanchez. Signed by Judge Jose E. Martinez on 8/5/2025. (bbp) (Entered: 08/05/2025) |
| 08/05/2025 | 54 | PAPERLESS ORDER granting 52 Defendants Passes, Inc. and Lucy Guo's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Compel. Defendants shall file the response |

| | | |
|---|---|---|
| | | by **August 14, 2025**. Signed by Magistrate Judge Eduardo I. Sanchez on 8/5/2025. (ab05) (Entered: 08/05/2025) |
| 08/08/2025 | 55 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for James Adam George. Filing Fee $ 250.00 Receipt # AFLSDC–18685754 by Alice Rosenblum. Responses due by 8/22/2025. (Attachments: # 1 Certification CERTIFICATION OF JAMES ADAM GEORGE, ESQ., # 2 Text of Proposed Order [PROPOSED] ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING)(Schwartz, Jonathan) (Entered: 08/08/2025) |
| 08/08/2025 | 56 | PAPERLESS ORDER granting 55 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) James Adam George. Signed by Judge Jose E. Martinez on 8/8/2025. (bbp) (Entered: 08/08/2025) |
| 08/14/2025 | 57 | RESPONSE in Opposition re 50 Plaintiff's MOTION to Compel *Defendants Passes, Inc. and Lucy Guo to Produce Documents* filed by Lucy Guo, Passes, Inc.. Replies due by 8/21/2025. (Attachments: # 1 Exhibit 1: E–mail from C. Shelton to J. Schwartz)(Toth, Brian) (Entered: 08/14/2025) |
| 08/14/2025 | 58 | MOTION for Protective Order by Lucy Guo, Passes, Inc.. (Attachments: # 1 Exhibit 1: Pl.'s First RFP to Passes Defs., # 2 Exhibit 2: Pl.'s First Set of Interrog. to Def. Passes, # 3 Exhibit 3: Pl.'s First Set of Interrog. to Def. Guo)(Toth, Brian) (Entered: 08/14/2025) |
| 08/15/2025 | 59 | PAPERLESS ORDER REFERRING 58 MOTION for Protective Order filed by Lucy Guo, Passes, Inc. Motions referred to Judge Eduardo I. Sanchez. Signed by Judge Jose E. Martinez on 8/15/2025. (bbp) (Entered: 08/15/2025) |
| 08/18/2025 | 60 | Defendant's MOTION for More Definite Statement , Defendant's MOTION to Strike *Putative Class Action Allegations* ( Responses due by 9/2/2025.) by Lani Ginoza. (Teurbe–Tolon, Jose) (Entered: 08/18/2025) |
| 08/19/2025 | 61 | Plaintiff's MOTION for Extension of Time to File Response/Reply/Answer as to 58 MOTION for Protective Order by Alice Rosenblum. (Attachments: # 1 Text of Proposed Order [Proposed] Order Granting Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants Lucy Guo and Passes, Inc.'s Motion for Protective Order)(Schwartz, Jonathan) (Entered: 08/19/2025) |
| 08/19/2025 | 62 | PAPERLESS ORDER granting 61 Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants Lucy Guo and Passes, Inc.'s Motion for Protective Order. Plaintiff shall file her response by **August 28, 2025.** Signed by Magistrate Judge Eduardo I. Sanchez on 8/19/2025. (ab05) (Entered: 08/19/2025) |
| 08/19/2025 |  | Set Deadlines as to 58 MOTION for Protective Order . Per DE 62 . Responses due by 8/28/2025. Signed by Magistrate Judge Eduardo I. Sanchez on 8/19/2025. *See attached document for full details.* (cqs) (Entered: 08/20/2025) |
| 08/20/2025 | 63 | Plaintiff's MOTION to Compel *Defendant Passes, Inc. to Respond to Plaintiff's First Set of Interrogatories* by Alice Rosenblum. Responses due by 9/3/2025. (Attachments: # 1 Affidavit Declaration of Brian T. Burns in Support of Plaintiff's First Motion to Compel Defendant Passes, Inc. to Respond to Plaintiff's First Set of Interrogatories, # 2 Exhibit Exhibit 1 – Plaintiff's First Set of Interrogatories Directed to Passes, Inc., # 3 Exhibit Exhibit 2 – Passes, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories, # 4 Exhibit Exhibit 3 – Stipulation Pursuant to Southern District of Florida Local Rule 26.1(g)(2)(C))(Schwartz, Jonathan) (Entered: 08/20/2025) |
| 08/20/2025 | 64 | PAPERLESS ORDER REFERRING 63 Plaintiff's MOTION to Compel *Defendant Passes, Inc. to Respond to Plaintiff's First Set of Interrogatories* filed by Alice Rosenblum. Motions referred to Judge Eduardo I. Sanchez. Signed by Judge Jose E. Martinez on 8/20/2025. (bbp) (Entered: |

| | | |
|---|---|---|
| | | 08/20/2025) |
| 08/27/2025 | 65 | Plaintiff's RESPONSE to 58 MOTION for Protective Order by Alice Rosenblum. (Schwartz, Jonathan) (Entered: 08/27/2025) |
| 08/27/2025 | 66 | MOTION to Compel *DEFENDANT LUCY GUO TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES* by Alice Rosenblum. Responses due by 9/10/2025. (Attachments: # 1 Affidavit Declaration of Brian T. Burns in Support of Plaintiff's first motion to compel Defendant Lucy Guo to respond to Plaintiff's first set of interrogatories, # 2 Exhibit Exhibit 1 – Plaintiffs' first set of interrogatories directed to Lucy Guo, # 3 Exhibit Exhibit 2 – Lucy Guo's responses and objections to Plaintiff's first set of interrogatories, # 4 Exhibit Exhibit 3 – Email sent by counsel to Lucy Guo to counsel to Plaintiff, # 5 Exhibit Exhibit 4 – Lucy Guo's amended responses and objections to Plaintiff's first set of interrogatories)(Breslin, Jerrell) (Entered: 08/27/2025) |
| 08/27/2025 | 67 | RESPONSE in Opposition re 63 Plaintiff's MOTION to Compel *Defendant Passes, Inc. to Respond to Plaintiff's First Set of Interrogatories* filed by Passes, Inc.. Replies due by 9/3/2025. (Attachments: # 1 Exhibit 1)(Toth, Brian) (Entered: 08/27/2025) |
| 08/29/2025 | 68 | Notice of Ninety Days Expiring by Lucy Guo, Passes, Inc. re 12 MOTION to Dismiss 1 Complaint *for Improper Venue* MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM filed by Lucy Guo, Passes, Inc. (Toth, Brian) (Entered: 08/29/2025) |
| 09/02/2025 | 69 | ORDER, granting in part 12 MOTION to Dismiss 1 Complaint *for Improper Venue* MOTION TO DISMISS 1 Complaint FOR FAILURE TO STATE A CLAIM filed by Lucy Guo, Passes, Inc. The Clerk of Court is directed to TRANSFER this case to the United States District Court for the Central District of California. Closing Case. Signed by Judge Jose E. Martinez on 9/2/2025. *See attached document for full details.* (pcs) (Entered: 09/02/2025) |