# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ROSENBLUM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PASSES, INC., a Delaware corporation, NOFHOTOS GROUP LLC, a California limited liability company, WLM MANAGEMENT LLC, a California limited liability company, LUCY GUO, an individual, ALEC CELESTIN, an individual, and LANI GINOZA, an individual,<br><br>Defendants. | Case No.: 2:25-cv-08457-JLS-PD<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND DEFENDANTS' RESPONSE (L.R. 8-3)**<br><br>Case Transferred: September 10, 2025<br>Amended Complaint Due: October 24, 2025<br>Response Due: November 14, 2025 |

604473370.2

# ORDER

Upon consideration of the stipulation between counsel for Plaintiff Alice Rosenblum ("Plaintiff") and Defendants Passes, Inc. and Lucy Guo (collectively, the "Passes Defendants"), it is hereby **ORDERED** that the stipulated briefing schedule is GRANTED and it is **SO ORDERED** that the briefing and hearing schedule for Plaintiff's First Amended Complaint and the Passes Defendants' response shall be as follows:

1. Plaintiff shall file her Amended Complaint by **October 24, 2025**;
2. The Passes Defendants shall respond to the Amended Complaint by **November 14, 2025**; and
3. If the Passes Defendants decide to respond by filing a motion to dismiss, the motion shall be due on **November 14, 2025**, Plaintiff's opposition on **December 5, 2025**, the Passes Defendants' reply on **December 19, 2025**, and the hearing on the motion shall take place on **January 9, 2026**.

**IT IS SO ORDERED:**

DATED this _____ day of October, 2025

----------------------------------------
HON. JOSEPHINE L. STATON
United States District Judge