Jose Teurbe- Tolon (pro hac)
jose@xanderlaw.com
XANDER LAW GROUP, P.A.
25 SE 2nd Avenue, Suite 808
Miami, Florida 33131
Phone: (305) 767-2001
Dustin A. Huffine (SBN 300388)
dhuffine@bdhch.com
Michael A. Bowse (SBN 189569)
mbowse@bdhch.com
BOWSE DAVIS HUFFINE CHUNG & HULL LLP
One World Trade Center, 8th Floor
Long Beach, CA 90831
Phone: (562) 676-4315 | Fax: (213) 814-1448

[additional counsel on signature page]

 Attorneys for Defendant Lani Ginoza

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ROSENBLUM,<br><br>          Plaintiff,<br><br>     vs.<br><br>PASSES, INC. , ET AL.,          Defendants | Case No.: 2:25−cv−08457−JLS−PD<br><br>(Assigned to Hon. Josephine L. Staton)<br><br>**DEFENDANT LANI GINOZA'S ANSWER TO SECOND AMENDED COMPLAINT** |

Defendant Lani Ginoza hereby answers the Second Amended Complaint (the "SAC"), as follows:

Defendant Lani Ginoza denies the allegations contained in the preamble. To the extent the preamble refers to acts or conduct of other Defendants, Defendant Ginoza lacks sufficient knowledge or information to form a belief as to the truth of those allegations and therefore denies them. To the extent the preamble contains legal conclusions to which no response is required, Defendant denies them to the extent a response is deemed required.

## ANSWERS TO THE ALLEGATIONS REGARDING NATURE OF THE ACTION

1. Defendant Lani Ginoza denies that she financially benefited from the production, possession, sale, or distribution of child pornography. Defendant further denies that she participated in, facilitated, assisted with, directed, authorized, or otherwise had any involvement in the production, possession, sale, or distribution of any images or videos depicting Plaintiff engaged in sexually explicit conduct. Defendant denies that she had knowledge of any such alleged material or that she engaged in any unlawful conduct as alleged in this paragraph. Defendant is without knowledge or information sufficient to form a belief as to Plaintiff's age at any relevant time and therefore denies the allegations concerning Plaintiff's age.

2.  Defendant Lani Ginoza denies that she knew or recklessly disregarded that Plaintiff was a minor at any relevant time. Defendant further denies that she produced, possessed, sold, distributed, commissioned, or substantially contributed to the production, possession, sale, or distribution of any images or videos depicting Plaintiff engaged in sexually explicit conduct. Defendant denies that she had actual knowledge, constructive knowledge, reckless disregard, or willful blindness as to any alleged unlawful material. To the extent this paragraph alleges conduct by any other Defendant, Defendant Ginoza is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

3.  Defendant Lani Ginoza denies that she conspired with any person or entity to recruit or groom Plaintiff. Defendant denies that she knowingly produced, marketed, sold, or distributed child pornography, including any visual depictions constituting a lascivious exhibition of Plaintiff's anus, genitals, or pubic area as defined under 18 U.S.C. §§ 2252, 2252A, and 2256. Defendant further denies that she entered into any agreement, coordinated plan, or common scheme to engage in such conduct. Defendant is without knowledge or information sufficient to form a belief as to Plaintiff's age at any relevant time and therefore denies the allegations concerning Plaintiff's age. To the extent this paragraph alleges conduct by any other Defendant, Defendant Ginoza is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

4.  Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Guo's alleged intervention, any alleged override of Passes' internal safety controls, or the nature or operation of such safety controls, and therefore denies same.

5.  Defendant Lani Ginoza denies that she acted as an agent for Passes or Guo as alleged. Defendant denies that she acted with the full knowledge of, or authority from, Passes or Guo to engage in any unlawful conduct. Defendant further denies that she directed, induced, encouraged, instructed, or caused Plaintiff to create any images or videos of herself engaged in sexually explicit conduct. Defendant denies that she directed, induced, or caused Plaintiff to upload any content to the Passes data storage system known as the "Passes Vault." Defendant denies that she substantially contributed to or commissioned the creation or uploading of any images or videos depicting Plaintiff engaged in sexually explicit conduct. Defendant is without knowledge or information sufficient to form a belief as to Plaintiff's age at any relevant time and therefore denies the allegations concerning Plaintiff's age. To the extent this paragraph alleges conduct by any other Defendant, Defendant Ginoza is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

6.  Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning what Passes and Guo allegedly knew, or what actions they allegedly took or failed to take, and therefore denies same.

DEFENDANT LANI GINOZA'S ANSWER TO SECOND AMENDED COMPLAINT - 4

Defendant further denies that Plaintiff acted at her direction in uploading any images or videos of herself engaged in sexually explicit conduct to the Passes Vault. Defendant denies that she directed, instructed, encouraged, or caused Plaintiff to upload any such content. Defendant is without knowledge or information sufficient to form a belief as to Plaintiff's age at any relevant time and therefore denies the allegations concerning Plaintiff's age.

7.  Defendant Lani Ginoza denies that she acted as an agent for Passes or Guo in the manner alleged. Defendant denies that she acted with the full knowledge of, or authority from, Passes or Guo to engage in any unlawful conduct. Defendant further denies that she conspired with any person or entity to market, sell, or distribute images or videos of Plaintiff engaged in sexually explicit conduct. Defendant denies that she used, directed the use of, or participated in the use of the Passes internet messaging system to market or distribute any such images or videos to customers, including individuals described as "big spenders" or "whales." Defendant denies that she received, solicited, or exchanged money in connection with any alleged unlawful content. Defendant is without knowledge or information sufficient to form a belief as to Plaintiff's age at any relevant time and therefore denies the allegations concerning Plaintiff's age. To the extent this paragraph alleges conduct by any other Defendant, Defendant Ginoza is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

8.  Defendant Ginoza is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

9.  Defendant Ginoza is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

10. Defendant Ginoza is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

11. Defendant Ginoza is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

12. Defendant Ginoza denies that Plaintiff is entitled to any damages, injunctive relief, declaratory relief, or any other relief whatsoever from Defendant. Defendant further denies that she engaged in any misconduct as alleged in the Complaint. To the extent this paragraph characterizes Plaintiff's requested relief, no response is required. To the extent a response is deemed required, Defendant denies same.

## ANSWERS TO THE ALLEGATIONS REGARDING PARTIES

13. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiff's current age, date of birth, legal status under Florida law, or present residence, and therefore denies same. Defendant is without knowledge or information sufficient to form a belief as to Plaintiff's age at any relevant time and therefore denies the allegations that Plaintiff was 17 years old at all times relevant. Defendant denies all further allegations.

14. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint and therefore denies same.

15. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint and therefore denies same.

16. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint and therefore denies same.

17. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint and therefore denies same.

18. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint and therefore denies same.

19. Defendant Lani Ginoza admits that she resides in Los Angeles County, California. Defendant denies that she acted as an agent of Passes, Guo, or Celestin in the manner alleged or in connection with any unlawful conduct. Defendant further denies that she acted with authority to engage in any of the conduct alleged in the Complaint. Defendant

admits that she previously held a position with Passes. Except as expressly admitted herein, Defendant denies the remaining allegations of this paragraph.

20. Defendant Lani Ginoza denies that she acted within the course and scope of any authority from Passes or Guo in the manner alleged. Defendant denies that she acted with the permission, authorization, consent, or ratification of Passes or Guo to engage in any unlawful conduct as alleged in the Complaint. To the extent this paragraph alleges conduct by WLM, Nofhotos, Celestin, Passes, or Guo, Defendant Ginoza is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

## ANSWERS TO THE ALLEGATIONS REGARDING JURSIDICTION AND VENUE

21. Defendant Lani Ginoza admits that this purports to be an action arising under federal child pornography and sexual exploitation statutes, including 18 U.S.C. §§ 2252, 2252A, and 2255, and that Plaintiff asserts related state law claims over which she alleges supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Defendant denies that she violated any federal or state law, denies that she engaged in any conduct prohibited by 18 U.S.C. §§ 2252, 2252A, or 2255, denies that Plaintiff is entitled to any relief against her, and denies the remaining allegations of this paragraph.

22. Defendant Lani Ginoza admits that this Court has personal jurisdiction over her based on her residence in Los Angeles County, California, and denies the balance of the allegations of this paragraph.

23. Defendant Lani Ginoza admits that she resides in the Central District of California and does not contest that venue is proper in this District. Defendant denies that a substantial part of any wrongful conduct by her occurred in this District as alleged. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Nofhotos, Passes, WLM, Guo, or Celestin, and therefore denies same. Except as expressly admitted herein, Defendant denies the remaining allegations of this paragraph.

## **ANSWERS TO THE ALLEGATIONS REGARDING BACKGROUND**

### *A. Guo Starts Passes as a "New" Content Subscription Platform.*

24. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 concerning the definition, characteristics, or business practices of "Creators," and therefore denies same.

25. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning Fanfix, its business operations, its platform structure, its relationship to Creators, or its compensation model, and therefore denies same.

26. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

27. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

28. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

29. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

30. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

31. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

32. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

33. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

34. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

35. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

36. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

37. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

38. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

*B. Guo Adds Exclusive Opportunity for Minors to Join Passes as Creators.*

39. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

40. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

41. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

42. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

43. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

44. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

45. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

46. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

47. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

48. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

49. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

50. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

51. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

52. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

53. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

54. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

55. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

56. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

57. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

### C. Guo Recruits Celestin as an Agent for Passes and Guo.

58. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

59. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

60. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

61. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

62. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

63. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

64. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

65. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

66. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

67. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

68. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

69. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

70. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

71. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

72. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

73. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

74. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

75. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

76. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

77. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

78. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

### D. Celestin Recruits and Grooms 17-Year-Old-Plaintiff

79. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

80. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

81. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

82. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

83. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

84. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

85. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

86. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

87. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

88. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

89. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

90. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

### E. Guo Directly Overrides Passes' Stringent Safety Controls for Minor Creators.

91. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

92. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

93. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

94. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

95. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

96. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

97. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

98. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

99. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

100. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

101. Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

102.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

103.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

104.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

105.    Defendant Lani Ginoza denies the allegations of Paragraph 105.

106.    Defendant Lani Ginoza denies the allegations of Paragraph 106. To the extent this paragraph alleges conduct by Celestin or Guo, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

107.    Defendant Lani Ginoza denies the allegations of Paragraph 107.

108.    Defendant Lani Ginoza denies the allegations of Paragraph 108. To the extent this paragraph alleges conduct by Celestin or Guo, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

109.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

110.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

***F. Celestin and Ginoza Direct Plaintiff to Produce Sexually Explicit Photos.***

111.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

112.    Defendant Lani Ginoza denies the allegations of Paragraph 112. To the extent this paragraph alleges conduct by Celestin, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

113.    Defendant Lani Ginoza denies the allegations of Paragraph 113. To the extent this paragraph alleges conduct by Celestin, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

114.    Defendant Lani Ginoza denies the allegations of Paragraph 114. To the extent this paragraph alleges conduct by Celestin, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

115.    Defendant Lani Ginoza denies the allegations of Paragraph 115. To the extent this paragraph alleges conduct by Celestin, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

116.     Defendant Lani Ginoza denies the allegations of Paragraph 116. To the extent this paragraph alleges conduct by Celestin, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

117.     Defendant Lani Ginoza denies the allegations of Paragraph 117. To the extent this paragraph alleges conduct by Celestin or any other Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

118.     Defendant Lani Ginoza denies the allegations of Paragraph 118. To the extent this paragraph alleges conduct by Celestin or any other Defendan, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

119.     Defendant Lani Ginoza denies the allegations of Paragraph 119. To the extent this paragraph alleges conduct by any other Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

120.     Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

121.     Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

122.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 of the Complaint, and therefore denies same.

123.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 of the Complaint, and therefore denies same.

124.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 of the Complaint, and therefore denies same.

125.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 of the Complaint, and therefore denies same.

126.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 126 of the Complaint, and therefore denies same.

**G. Passes Markets and Distributes Images and Videos of Plaintiff Engaged in Sexually Explicit Conduct to Passes Subscribers.**

127.    Defendant Lani Ginoza denies the allegations of Paragraph 127. To the extent this paragraph alleges conduct by Celestin or any other unidentified individual,

Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

128.    Defendant Lani Ginoza denies the allegations of Paragraph 128. To the extent this paragraph alleges conduct by Celestin or any other individual, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same including and not limited to subsections a-m.

129.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint, and therefore denies same.

130.    Defendant Lani Ginoza denies the allegations of Paragraph 130.

131.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 of the Complaint, and therefore denies same.

132.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 of the Complaint, and therefore denies same.

133.    Defendant Lani Ginoza denies the allegations of Paragraph 133. To the extent this paragraph alleges conduct by any other Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

134.     Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 of the Complaint, and therefore denies same.

135.     Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 of the Complaint, and therefore denies same.

136.     Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 of the Complaint, and therefore denies same.

137.     Defendant Lani Ginoza denies the allegations of Paragraph 137. To the extent this paragraph alleges conduct by Celestin or any other individual, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

138.     Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 of the Complaint, and therefore denies same.

139.     Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 of the Complaint, and therefore denies same.

140.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 of the Complaint, and therefore denies same.

### H. The Passes Defendants' Agents Distribute Images and Videos of Plaintiff Engaged in Sexually Explicit Conduct Directly to Passes Customers.

141.    Defendant Lani Ginoza denies that she is an agent of Passes, and therefore Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 of the Complaint, and therefore denies same.

142.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142of the Complaint, and therefore denies same.

143.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of the Complaint, and therefore denies same.

144.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of the Complaint, and therefore denies same.

145.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 of the Complaint, and therefore denies same.

### I. The 18th Birthday Marketing Plan.

146.     Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 of the Complaint, and therefore denies same.

147.     Defendant Lani Ginoza denies the allegations of Paragraph 147. To the extent this paragraph alleges conduct by Celestin or any other individual, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

148.     Defendant Lani Ginoza denies the allegations of Paragraph 148.

149.     Defendant Lani Ginoza denies the allegations of Paragraph 149.

150.     Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 of the Complaint, and therefore denies same.

151.     Defendant Lani Ginoza denies the allegations of Paragraph 151.

152.     Defendant Lani Ginoza denies the allegations of Paragraph 152.

153.     Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 of the Complaint, and therefore denies same.

154.     Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 of the Complaint, and therefore denies same.

*J. Guo and Passes Finally Act in Response to Risk of Legal Action.*

155.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 of the Complaint, and therefore denies same.

156.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 of the Complaint, and therefore denies same.

*K. Specific Allegations of Guo's Misconduct Relevant to Plaintiff's Claims*

157.    Defendant Lani Ginoza is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 of the Complaint, and therefore denies same.

158.    Defendant Lani Ginoza denies the allegations of Paragraph 158. To the extent this paragraph alleges conduct by Guo, Passes, Celestin, WLM, Nofhotos, or any other Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

159.    Defendant Lani Ginoza denies the allegations of Paragraph 159. To the extent this paragraph alleges conduct by Guo, Passes, Celestin, WLM, Nofhotos, or any other Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

***L. Defendants Are Not Protected by Section 230 of the Communications Decency Act, 47 U.S.C. § 230.***

160.     Defendant Lani Ginoza denies the allegations of Paragraph 160. To the extent this paragraph alleges conduct by Guo, Passes, Celestin, WLM, Nofhotos, or any other Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

161.     Defendant Lani Ginoza denies the allegations of Paragraph 161. To the extent this paragraph alleges conduct by Guo, Passes, Celestin, WLM, Nofhotos, or any other Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies same.

**ANSWERS TO THE ALLEGATIONS REGARDING
CAUSE OF ACTION**

**COUNT I
RECEIPT, DISTRIBUTION AND POSSESSION OF CHILD PORNOGRAPHY
Violation of 18 U.S.C. §§ 2252 AND 2252A
(as to Defendant Lani Ginoza)**

162.     Defendant Lani Ginoza repeats and incorporates by reference each of the answers in Paragraphs 1–161 as if fully set forth herein.

163.     Defendant Lani Ginoza denies the allegations of Paragraph 163 of the Complaint.

164.     Defendant Lani Ginoza denies the allegations of Paragraph 164 of the Complaint.

165.    Defendant Lani Ginoza denies the allegations of Paragraph 165 of the Complaint.

166.    Defendant Lani Ginoza denies the allegations of Paragraph 166 of the Complaint.

167.    Defendant Lani Ginoza denies the allegations of Paragraph 167 of the Complaint.

168.    Defendant Lani Ginoza denies the allegations of Paragraph 168 of the Complaint.

**COUNT II**
**NONCONSENSUAL DISTRIBUTION OF INTIMATE CONTENT**
**Violation of CA Civil Code § 1708.85**
**(as to Defendant Lani Ginoza)**

169.    Defendant Lani Ginoza repeats and incorporates by reference each of the answers in Paragraphs 1–161 as if fully set forth herein.

170.    Defendant Lani Ginoza denies the allegations of Paragraph 170 of the Complaint.

171.    Defendant Lani Ginoza denies the allegations of Paragraph 171 of the Complaint.

172.    Defendant Lani Ginoza denies the allegations of Paragraph 172 of the Complaint.

173.    Defendant Lani Ginoza denies the allegations of Paragraph 173 of the Complaint.

174.    Defendant Lani Ginoza denies the allegations of Paragraph 174 of the Complaint.

175.    Defendant Lani Ginoza denies the allegations of Paragraph 175 of the Complaint.

176.    Defendant Lani Ginoza denies the allegations of Paragraph 176 of the Complaint.

177.    Defendant Lani Ginoza denies the allegations of Paragraph 177 of the Complaint.

178.    Defendant Lani Ginoza denies the allegations of Paragraph 178 of the Complaint.

**COUNT III**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)**
**(as to Defendant Lani Ginoza)**

179.    Defendant Lani Ginoza repeats and incorporates by reference each of the answers in Paragraphs 1–161 as if fully set forth herein.

180.    Defendant Lani Ginoza denies the allegations of Paragraph 180 of the Complaint.

181.    Defendant Lani Ginoza denies the allegations of Paragraph 181 of the Complaint.

182.    Defendant Lani Ginoza denies the allegations of Paragraph 182 of the Complaint.

**COUNT IV**

## NEGLIGENCE

Paragraphs 183 through 187 do not assert allegations against Defendant Lani Ginoza. Accordingly, no response is required. To the extent a response is deemed required, Defendant denies the allegations contained therein.

## COUNT V
## NEGLIGENT HIRING, SUPERVISION, OR RETENTION OF EMPLOYEE

Paragraphs 188 through 194 do not assert allegations against Defendant Lani Ginoza. Accordingly, no response is required. To the extent a response is deemed required, Defendant denies the allegations contained therein.

## COUNT VI
## ENGAGEMENT IN HUMAN TRAFFICKING
### Violation of CA Civ. Code § 52.5
### (as to Defendant Lani Ginoza)

195.    Defendant Lani Ginoza repeats and incorporates by reference each of the answers in Paragraphs 1–161 as if fully set forth herein.

196.    Defendant Lani Ginoza denies the allegations of Paragraph 196 of the Complaint.

197.    Defendant Lani Ginoza denies the allegations of Paragraph 197 of the Complaint.

198.    Defendant Lani Ginoza denies the allegations of Paragraph 198 of the Complaint.

199.    Defendant Lani Ginoza denies the allegations of Paragraph 199 of the Complaint.

200.    Defendant Lani Ginoza denies the allegations of Paragraph 200 of the Complaint.

201.    Defendant Lani Ginoza denies the allegations of Paragraph 201 of the Complaint.

202.    Defendant Lani Ginoza denies the allegations of Paragraph 202 of the Complaint.

**COUNT VII**
**CIVIL CONSPIRACY**
**(as to Defendant Lani Ginoza)**

Defendant Lani Ginoza denies the allegations contained in this paragraph to the extent they allege that she participated in, agreed to, or engaged in any civil conspiracy with any Defendant or any other person. Defendant further denies that she entered into any agreement, combination, or understanding to commit any unlawful act or to accomplish any lawful act by unlawful means. To the extent the allegations concern the conduct, relationships, or legal positions of other Defendants, Defendant lacks knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies them.

203.    Defendant Lani Ginoza repeats and incorporates by reference each of the answers in Paragraphs 1–161 as if fully set forth herein.

204.    Defendant Lani Ginoza denies the allegations of Paragraph 204 of the Complaint.

205.    Defendant Lani Ginoza denies the allegations of Paragraph 205 of the Complaint.

206.    Defendant Lani Ginoza denies the allegations of Paragraph 206 of the Complaint.

207.    Defendant Lani Ginoza denies the allegations of Paragraph 207 of the Complaint.

208.    Defendant Lani Ginoza denies the allegations of Paragraph 208 of the Complaint.

209.    Defendant Lani Ginoza denies the allegations of Paragraph 209 of the Complaint.

## COUNT VIII
## DECLARATORY JUDGMENT

Paragraphs 210 through 213 do not assert allegations against Defendant Lani Ginoza. Accordingly, no response is required. To the extent a response is deemed required, Defendant denies the allegations contained therein.

## COUNT IX
## DECLARATORY JUDGMENT

Paragraphs 214 through 217 do not assert allegations against Defendant Lani Ginoza. Accordingly, no response is required. To the extent a response is deemed required, Defendant denies the allegations contained therein.

## COUNT X
## DECLARATORY JUDGMENT

Paragraphs 218 through 222 do not assert allegations against Defendant Lani Ginoza. Accordingly, no response is required. To the extent a response is deemed required, Defendant denies the allegations contained therein.

## JURY DEMAND

Defendant demands a trial by jury on all issues so triable.

## RESPONSE TO "PRAYER FOR RELIEF"

Defendant denies that Plaintiff is entitled to the relief enumerated in the "PRAYER FOR RELIEF", including its subparts, or to any relief whatsoever.

## STATEMENT OF DEFENDANT LANI GINOZA'S AFFIRMATIVE DEFENSES

Defendant Lani Ginoza denies each and every allegation of the Complaint that is not expressly admitted herein and denies that Plaintiff is entitled to any relief whatsoever. Defendant further denies that Plaintiff can establish any claim for relief. However, in the event that Defendant is found liable for any of the allegations asserted in the Complaint, which Defendant expressly denies, Defendant asserts the following affirmative defenses in the alternative pursuant to Rule 8(c) of the Federal Rules of Civil Procedure. Defendant undertakes the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated

below. Defendant reserves the right to amend, supplement, or modify these defenses as discovery progresses and additional facts become known. As and for its affirmative and other defenses, Defendant state as follows:

### FIRST AFFIRMATIVE DEFENSE
### *(Failure to State a Claim)*

Plaintiff's Second Amended Complaint fails to state facts sufficient to constitute a claim or claims upon which relief can be granted against Defendant.

### SECOND AFFIRMATIVE DEFENSE
### *(Immunity Under the Communications Decency Act – 47 U.S.C. § 230(c)(1) and (e)(3))*

Plaintiff's claims against Defendant are barred, in whole or in part, by 47 U.S.C. § 230(c)(1) and (e)(3).

### THIRD AFFIRMATIVE DEFENSE
### *(Immunity Under the Communications Decency Act – 47 U.S.C. § 230(c)(2))*

Plaintiff's claims against Defendant are barred, in whole or in part, by 47 U.S.C. § 230(c)(2).

### FOURTH AFFIRMATIVE DEFENSE
### *(First Amendment and Constitutional Protections)*

Plaintiff's claims against Defendant are barred, in whole or in part, by the protections of the First and Fourteenth Amendments to the United States Constitution and any freedom of speech protections afforded by the California Constitution.

### FIFTH AFFIRMATIVE DEFENSE
### *(Unclean Hands)*

Plaintiff's claims against Defendant are barred, in whole or in part, by the unclean hands of Plaintiff, her agents, and legal guardians and the doctrine of in pari delicto.

## SIXTH AFFIRMATIVE DEFENSE
### *(Lack of Proximate Cause)*

Plaintiff's claims against Defendant are barred, in whole or in part, because any injuries Plaintiff suffered were not directly or proximately caused by any act or omission by Defendant.

## SEVENTH AFFIRMATIVE DEFENSE
### *(Intervening and Superseding Acts of Third Parties)*

Plaintiff is not entitled to relief because the injuries alleged, if any, were caused by the intervening and/or unlawful acts of third parties.

## EIGHTH AFFIRMATIVE DEFENSE
### *(Set-Off)*

Plaintiff's claims against Defendant Lani Ginoza are barred, in whole or in part, because any damages, loss, or liability alleged by Plaintiff, if any, were caused in whole or in part by the acts or omissions of third parties over whom Defendant Lani Ginoza had no control, including but not limited to Plaintiff's alleged traffickers, individuals who created or uploaded the content at issue, and any entities responsible for hosting, distributing, or publishing such content. Accordingly, any recovery by Plaintiff must be reduced, offset, or otherwise limited in proportion to the responsibility, if any,

attributable to such third parties under the doctrines of equitable allocation, proportionate responsibility, recoupment, and/or set-off.

## NINTH AFFIRMATIVE DEFENSE
### (Laches, Waiver, and Estoppel)

Plaintiff's claims against Defendant are barred, in whole or in part, by the doctrines of laches, waiver, or estoppel.

## TENTH AFFIRMATIVE DEFENSE
### (Lack of Control)

Defendant Lani Ginoza did not operate, manage, maintain, supervise or control the day-to-day operations of any website on which images of Plaintiff may have appeared, and therefore, are not liable for the Plaintiff's alleged damages.

## ELEVENTH AFFIRMATIVE DEFENSE
### (lack of intentional or outrageous conduct)

Plaintiff's claims against Defendant fails to establish that Defendant acted with intentional and outrageous conduct, as required to justify the imposition of punitive damages under federal common law.

## TWELFTH AFFIRMATIVE DEFENSE
### (Constitutional Limitations on Punitive Damages)

With respect to Plaintiff's claims for punitive damages, Defendant specifically incorporates by reference any and all standards of limitation regarding the determination and/or enforceability of punitive damage awards which arose in the decisions of BMW of

DEFENDANT LANI GINOZA'S ANSWER TO SECOND AMENDED COMPLAINT - 36

No. America v. Gore, 116 U.S. 1589 (1996); Cooper Industries, Inc. v. Leatherman Tool Group, Inc., 532 U.S. 424 (2001); State Farm Mut. Auto Ins. Co. v. Campbell, 538 U.S. 438 (2003), and their progeny.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Constitutional Prohibitions on Punitive Damages)

With respect to Plaintiff's claims for punitive damages, any such damages claims are in violation of and are barred by the Constitution of the United States and any relevant comparable state constitutional provisions, including but not limited to, the Due-Process and Equal Protection Clauses contained in the Fifth and Fourteenth Amendments; the Excessive Fines Clause of the Eighth Amendment; and the Tenth Amendment.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Reservation of Additional Defenses)

Defendant intends to rely upon any additional defenses that become available during the course of investigation and/or discovery and reserves the right to amend its Answer to assert those defenses.

WHEREFORE, Defendant requests that Plaintiff's Second Amended Complaint be dismissed in its entirety with prejudice, that judgment be entered in favor of Defendant, that Defendant be awarded costs and, to the extent provided by law, attorneys' fee, and any such other relief as the Court may deem proper.

DATED: March 10, 2026

RESPECTFULLY SUBMITTED,

Xander Law Group, P.A.
25 SE 2nd Avenue, Suite 808
Miami, Florida 33131
Telephone: (305) 767-2001
Facsimile: (855) 926-3370
matt@xanderlaw.com
jose@xanderlaw.com
service@xanderlaw.com

By:
/s/ Matthew Troccoli
MATTHEW TROCCOLI, ESQ/
Fla Bar No. 63454
/s/Jose Teurbe-Tolon
JOSE TEURBE-TOLON, ESQ.
Fla. Bar No. 87791