# EXHIBIT 6

← **Post**

**Cameron!!**
@cameronmattis

you are already deleting tweets in this thread in which you're publicly admitting to removing CSAM protections for at least this account. unbelievable. the victim seems like they've got good odds if this is how you run things.

✕                                    **Reply**

**Lucy Guo** ✔ @lucy_guo                    16m
Replying to @drawl
No, it did not, because our ML classifiers were not running because he was marked as a talent manager.

They are expensive to run and we trusted a talent manager to abide by our TOS.

Unfortunately, we were wrong about that.

Replying to @lucy_guo and @drawl
if I'm the victim's attorney, I'm overjoyed to see you posting this publicly. wow.



6:36 PM · Mar 2, 2025 · **26.1K** Views

♡ 4          ⇄ 15          ♡ 193          🔖 39          ⬆