KENDALL BRILL & KELLY LLP
Bert H. Deixler (70614)
  *bdeixler@kbkfirm.com*
Nary Kim (293639)
  *nkim@kbkfirm.com*
Charles J. Snyder (287246)
  *csnyder@kbkfirm.com*
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants Passes, Inc. and
Lucy Guo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALICE ROSENBLUM,<br><br>             Plaintiff,<br><br>      v.<br><br>PASSES, INC., a Delaware corporation, NOFHOTOS GROUP LLC, a California limited liability company, WLM MANAGEMENT LLC, a California limited liability company, LUCY GUO, an individual ALEC CELESTIN, an individual, and LANI GINOZA, an individual,<br><br>             Defendants. | Case No. 2:25-cv-08457-JLS-PD<br><br>**DISCOVERY MATTER:**<br><br>**DECLARATION OF NARY KIM IN CONNECTION WITH JOINT STIPULATION RE PLAINTIFF'S MOTION TO COMPEL**<br><br>*Filed Concurrently with Joint Stipulation*<br><br>Judge:  Hon. Patricia Donahue<br>Ctrm:    580<br>Hearing Date:  July 10, 2026<br>Hearing Time: 1:30 p.m.<br><br>Fact Discovery Cutoff: Feb. 5, 2027<br>Pretrial Conference: July 9, 2027<br>Trial Date; Not Set |

604502427.1

DECLARATION OF NARY KIM

## DECLARATION OF NARY KIM

I, Nary Kim, declare as follows:

1.      I am an attorney at the law firm of Kendall Brill & Kelly LLP, counsel of record for two of the Defendants in this lawsuit:  Passes, Inc. and Lucy Guo (together, the "Passes Defendants").  I am a member in good standing of the State Bar of California and am admitted to practice before this Court.  Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached as **Exhibit A** to this declaration is a true and correct copy of the parties' joint email to this Court dated April 30, 2026 requesting an Information Discovery Conference ("IDC") regarding certain discovery disputes.

3.      Attached as **Exhibit B** to this declaration is a true and correct copy of the parties' email correspondence further discussing some of the disputes after the IDC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 8th day of June, 2026, at Los Angeles, California.

/s/ Nary Kim
Nary Kim

604502427.1

1
DECLARATION OF NARY KIM