# EXHIBIT A

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-08457-JLS-PD                     Date: May 13, 2026
Title: Alice Rosenblum v. Passes, Inc. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

    Kelly Davis                                             N/A
Deputy Clerk                                             Court Reporter

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

Not Present                                             Not Present

**Proceedings:**        **(IN CHAMBERS) SCHEDULING ORDER**

The Court has received and reviewed the parties' Joint Rule 26(f) Report. (Doc. 149.)
The Scheduling Conference has been vacated, and the Court sets the following schedule.

Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with
this Minute Order.  Generally, motions should, at the time of filing, be noticed for hearing on the
Court's first available motions hearing date.  (*See* http://www.cacd.uscourts.gov/honorable-
josephine-l-staton) (showing closed civil motions hearing dates); *see also* Local Rules 7-9 & -10
(deadlines for opposition and reply briefs).)

To conform with the Court's presumptive schedule, the schedule set forth below may
have been adjusted from that proposed by the parties.  (*See* Order Setting Scheduling Conference
at 2.)  These dates and deadlines will not be continued except upon a showing of good cause,
which generally requires unforeseeable circumstances.  *See* Fed. R. Civ. P. 16(b)(4).  Failure to
conduct discovery diligently or a desire to engage in settlement discussions will not constitute
good cause.

The Court will set a trial date and an exhibit conference date at the Final Pretrial
Conference.  The parties are directed to confer before the Final Pretrial Conference and to
identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the
90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the
Court will set the trial for a date agreed upon by the parties.

_____

_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-08457-JLS-PD                    Date: May 13, 2026
Title: Alice Rosenblum v. Passes, Inc. et al

| | |
|---|---|
| Last Day to File a Motion to Add Parties or Amend Pleadings: | **June 26, 2026** |
| Fact Discovery Cutoff: | **February 5, 2027** |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | **February 19, 2027** |
| Last Day to Serve Initial Expert Reports: | **February 19, 2027** |
| Last Day to Serve Rebuttal Expert Reports: | **March 19, 2027** |
| Last Day to Conduct Settlement Proceedings: | **April 9, 2027** |
| Expert Discovery Cutoff: | **April 16, 2027** |
| Last Day to File Daubert Motions: | **April 23, 2027** |
| Last Day to File Motions in Limine: | **June 11, 2027** |
| Final Pretrial Conference (10:30 a.m.): | **July 9, 2027** |
| Preliminary Trial Estimate:[1] | **5 to 7 days** |

Initials of Deputy Clerk:  kd

_____
[1] This is the parties' estimate.  The Court may allot fewer days for trial.

_____