UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-8457-JLS-PDx Date. July 10, 2026

Title *Alice Rosenblum v. Passes, Inc., et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 07/10/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| Brian Thomas Burns<br>Christopher Clark<br>Michelle Eugenia Lee<br>Michael Freedman | Charles J. Snyder |

**Proceedings: Hearing and Discovery Conference via Zoom, Dkt. Nox. 177, 178**

On July 10, 2026, the Court conducted a hearing and discovery conference on the motions at Docket Numbers 177 and 178. The Court ruled as set forth on the record.

Initials of Preparer: IV
Time in Court: 1:20